UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
DEC 12 2007
DEC 12 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 12 2007

Shaun Brame

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Rodriguez

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV 6969
JUDGE CONLON
MAGISTRATE JUDGE COLE

(To be supplied by the Clerk of ___)

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.     Plaintiff(s):

Revised: 7/20/05

A. Name: Shaun Brame

B. List all aliases: None

C. Prisoner identification number: 20070037972

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: PO Box 089002, Chgo, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Officer Rodriquez

Title: Corrections Officer

Place of Employment: Cook County Dept. of Corrections

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: _NONE_

    B.    Approximate date of filing lawsuit: _DNA_

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

    D.    List all defendants: _N/A_

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

    F.    Name of judge to whom case was assigned: _N/A_

    G.    Basic claim made: _N/A_

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

    I.    Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 28th after Returning from Recreation (GYM) I and the other Detainees notice our property missing, we asked to speak to Supervisor and was refuse. The acting Sgt. Cintron told us to lockdown, I and a few other complied but a number of others did not. So the Sgt. (Cintron) called in the Emergency Response team (ERT)'s and they came in and started beating those that didnot lockdown, while they were beating the detainees I was standing in my door watching that when one of the officers told me to get out of the door and I asked him why I had to get out the door I hadn't done anything thats when officer Rodriguez came and sprayed me in the face with pepper spray and said don't ask no questions

PART – C



## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note:*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

**Detainee's Last Name:** _____  **First Name:** Shawn

**ID#:** _____ **Div:** 10 **Tier/LivingUnit:** 1F

**Date of Request:** 10/10/07  **Date C.R.W. Received Request:** 10/26/07

**This request has been processed by:** J. A. Martinez _____ C.R.W.

*Summary of Request:*
Detainee requests____ name of _____
_____ 0700330 _____

*Response and/or Action Taken:*
_____
_____

_____ – _____ **Date:** 11/1/07 **Div./Dept.** 1/10
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Part-A / Control #: 2007X1711

Referred To: IAD

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

#4

Detainee Last Name: Brame,    First Name: Shaun

ID #: 2007-0037972    Div.: 10    Living Unit: 2D    Date: 08/18/2007

BRIEF SUMMARY OF THE COMPLAINT: On July 29th 2007, Div. 10 Tier 2D went to the Gym (indoor Recreation) while on Rec. a routin cell search had been conducted on 2D by the Emergency Response Team (E.R.T) upon our return, I and numerous amounts of other detainees cells had been destroyed. Our properties (legal papers, cosmetics, commissary and other articles were missing and or mixed with other detainees belongings) we made our complaints known to the deck officers right away. The officers insisted that we lock up right away. We (Detainees) refused, We (Detainees) insisted that we speak w/ a supervisor. A Sgt. came to the tier and ordered us (detainees) to lock up at once, and that we should file grievence if we had complaints with the way things were ran. We (Detainees) refused and continued to explain to the sgt. about the situation at hand. Again, the sgt. said "lock up" and the ones who are missing things stay out. I was advised by a fellow detainee that I should lock-up because he knew what was about to happen. So I and a number of other detainees locked down in our cells. Maybe (10) ten minute had passed and here comes the E.R.T's in full riot gear. As they entered the door they begun hollering and screaming "get down on the floor" and spraying pepper spray in the face of the detainees, some of the detainees hit the floor right away, some backed up to the back of the tier as the officers progressed they begun swinging their batons and hitting the detainees. As this was going on, one of the officers stopped and told me to get out the door chuck hole, as I begun to explain that I had done nothing at that moment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: another officer sprayed me in the face with pepper spray. I right away washed my face with water, which did nothing for the burning or the astma attack

ACTION THAT YOU ARE REQUESTING: I had. I had to give myself several application from my inhaler. I seek monatary damages for my injuries and misjustice and that the officer be reprimended to the point the this will never happen Again.

DETAINEE SIGNATURE: Shaun Brame

C.R.W.'S SIGNATURE: V. Butler    DATE C.R.W. RECEIVED: 8/29/07

*Please note:* Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: __I A D__

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Brame**     First Name: **Shaun**

ID #: **2007-0037942**   Div.: **10**   Living Unit: **1A**   Date: **10/19/07**

BRIEF SUMMARY OF THE COMPLAINT: I would like the full names of two of the officers that was involved with the cell search of Div. 10-2D on 7-28-07 Officers Rodriguez and Galvez. I filed a Grievance on the matter on 8-18-07 which was handed over to IAD case file 07C0330

Thank you for your cooperation

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Full Names of ofc Galvez and Rodriguez

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: *Shaun Brame*

C.R.W.'S SIGNATURE: _____     DATE C.R.W. RECEIVED: **10/26/07**

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

5

V.  Relief: money Damages

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want money

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of Nov, 20 07

_____
(Signature of plaintiff or plaintiffs)

Shaun Brame
(Print name)

20070037972
(I.D. Number)

PO Box 089002, Chicago
Illinois 60608
(Address)

6