**FILED**
DEC 1 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/11/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Shaun Brame
　　Plaintiff

v.

Officer Rodriguez
　　Defendant(s)

07CV 6969
JUDGE CONLON
MAGISTRATE JUDGE COLE

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Shaun Brame, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　　☒Yes　　☐No　(If "No," go to Question 2)
   I.D. #20070037972　Name of prison or jail: Cook County Dept. of Correction
   Do you receive any payment from the institution? ☐Yes ☒No. Monthly amount: $0.00

2. Are you currently employed?　　☐Yes　　☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 4-9-07
      Monthly salary or wages: $1000.00 Per Mo.
      Name and address of last employer: ACME Movers - North-Hollywood CA.

   b. Are you married?　　☒Yes　　☐No
      Spouse's monthly salary or wages: Unknown
      Name and address of employer: Unknown

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages　　　　　　　　　　　　　　　　　　　　　　☐Yes　☒No
      Amount _____　　Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☒ welfare, ☐ alimony or maintenance or ☐ child support   ☒Yes   ☐No
Amount $140.00 food Stamp Received by Welfare Shaun Brame

e. ☐ Gifts or ☐ inheritances   ☐Yes   ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____)   ☐Yes   ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐Yes   ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 10-19-07

_____
Signature of Applicant

SHAUN BRAME
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Shaun Brame, I.D.# 20070037712, has the sum of $ 0.10 on account to his/her credit at (name of institution) CCJ. I further certify that the applicant has the following securities to his/her credit: -0-. I further certify that during the past six months the applicant's average monthly deposit was $ 3.33.
(Add all deposits from all sources and then divide by number of months).

11/01/07
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

J.A. MARTINEZ
(Print name)

rev. 7/18/02

-3-



**TRANSACTION REPORT**
Print Date: 11/01/2007

Inmate Name:       BRAME, SHAUN H.                    Balance:        $0.10
Inmate Number: 20070037972
Inmate DOB:        2/26/1971

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 09/12/2007 | ORDER DEBIT | -1.00 | 0.10 |
| 09/05/2007 | ORDER DEBIT | -4.81 | 1.10 |
| 08/29/2007 | ORDER DEBIT | -14.09 | 5.91 |
| 08/21/2007 | CREDIT | 20.00 | 20.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

3.33

20 16
20 3.3