**RECEIVED**

DEC 12 2007 *aew*
DEC 12 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

DEC 12 2007

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

# FILED

Shaun Brame

**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Rodriquez

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

07CV 6969
JUDGE CONLON
MAGISTRATE JUDGE COLE

C₁
(To be supplied by the Clerk of _____)

CHECK ONE ONLY:

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

Revised:  7/20/05

A.    Name: Shaun Brame

B.    List all aliases: None

C.    Prisoner identification number: 200700037972

D.    Place of present confinement: Cook County Dept. of corrections

E.    Address: PO BOX 089002, Chgo, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: Officer Rodriquez

Title: Corrections Officer

Place of Employment: Cook County Dept. of corrections

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _NONE_

B.    Approximate date of filing lawsuit: _DNA_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.    List all defendants: _N/A_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F.    Name of judge to whom case was assigned: _N/A_

G.    Basic claim made: _N/A_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I.    Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On July 28th after Returning from Recreation (GYM) I and the other Detainees notice our property missing, we asked to speak to Supervisor and was refuse. The acting Sgt. Cintron told us to lockdown, I and a few other complied but a number of others did not. So the Sgt. (Cintron) called in the Emergency Response team (ERT)'s and they came in and started beating those that did not lockdown, while they were beating the detainees I was standing in my door watching that when one of the officers told me to get out of the door and I asked him why I had to get out the door I hadn't done anything that's when Officer Rodriguez came and sprayed me in the face with pepper spray and said don't ask no questions

4

PART – C



---

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

---

**Please Note :**

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
  - *When processed as a request, an appeal of the response and/or action taken cannot be made.*
    - *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _____ First Name: _____

ID#: _____ Div: _10_ Tier/LivingUnit: _____

Date of Request: _10 / 16 / 07_       Date C.R.W. Received Request: _10 / 26 / 07_

This request has been processed by: _____ C.R.W.

**Summary of Request:**

_____

_____

_____

_____

**Response and/or Action Taken:**

_____

_____

_____

_____

_____

_____

_____

_____  Date: _11 / 1 / 07_ Div./Dept. _IDD_.
(Print- name of individual responding)   (Signature of individual responding)

Part-A / Control #: _200_7X_171_

Referred To: _IAD_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

#4

Detainee Last Name: **Brame,**          First Name: **Shaun**

ID #: **2007**-**0037972** Div.: **10** Living Unit: **2D** Date: **08**/**18**/**2007**

On July 28th 2007, Div. 10 Tier 2D

BRIEF SUMMARY OF THE COMPLAINT: Went to the Gym (indoor Recreation) While on Rec. a Routin Cell search HAD BEEN conducted on 2D by the Emergency Response Team C.R.T upon our Return, I and Numerous amounts of other Detainees cells HAD BEEN DESTROYED. OUR properties (legal Papers, cosmetics, commissary and other articles were missing and or mixed with other Detainees belongings) We made our complaints known to the Deck officers right away. The officers insisted that we lock up right away. We (Detainees) ReFUSED, We (Detainees) insisted that we speak we a Supervisor a Sgt. came to the tier and ordered us (Detainees) to lock up at once, and that we should file Grievence if we had complaints with the way things were ran. We (Detainees) Refused and continued to explain to the sgt. about the situation at hand. Again the Sgt. said "lock up" and the ones who are missing things stay out. I was advised by a fellow Detainee that I should lock up Because He Knew what was about to Happen. So I and a number of other Detainees locked Down in our cells. Maybe (10) ten minute had passed and Here comes the C.R.T.'s in full Riot gear, as they entered the door they Begun Hollering and screaming "get down on the floor and spraying pepper spray in the face of the Detainees. some of the Detainees hit the floor right away, some backed up to the Back of the tier as the officers progressed they Begun swinging their Batons and hitting the detainees. As this was going on, one of the officers stopped and told me to get out the Door chuck hole, as I begun to explain that I had done nothing" at that moment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: another officer sprayed me in the face with Pepper Spray. I right away washed my face with water, which did nothing for the burning or the asthma Attack

ACTION THAT YOU ARE REQUESTING: I had. I had to give myself several application from my inhaler. I seek monetary damages for my injuries and Misjustice and That the officer be Reprimended to the Point the this will Never happen Again,

DETAINEE SIGNATURE: _Shaun Brame_

C.R.W.'S SIGNATURE: _V. Buckley_          DATE C.R.W. RECEIVED: _8/29/07_

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY   C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _____I A D_____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: BraME          First Name: Shaun

ID #: 2007 - 0037972  Div.: 1C  Living Unit: 1A  Date: 10 / 19 / 07

BRIEF SUMMARY OF THE COMPLAINT: I would like the full names
of two of the officers that was involved with the
cell search of Div. 1C-2D on 7-28-07 officers
Rodriguez and Galvez, I filed a Grievance
on the matter on 8-18-07 which was handed over
to IAD Case file 07C0330

Thank you for your cooperation

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Full Names of Ofc Galvez and Rodriguez
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Shaun Brame

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: 10 , 26 , 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Revised 5/2007

**V.    Relief:** money Damages

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I Want money

**VI.**    The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _16th_ day of _Nov_ , 20 _07_

_____
(Signature of plaintiff or plaintiffs)

Shaun Brame
(Print name)

20070037972
(I.D. Number)

PO BOX 089002, Chicago
Illinois 60608
(Address)

6

Revised 5/2007