# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6969 | **DATE** | 2/19/2008 |
| **CASE TITLE** | SHAUN BRAME vs. OFFICER RODRIGUEZ | | |

**DOCKET ENTRY TEXT**

The parties shall comply with the mandatory disclosure provisions of Rule 26(a)(1) by March 28, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by June 27, 2008. Defendant shall present the joint final pretrial order and agreed pattern jury instructions on July 22, 2008 at 9:00 a.m.; plaintiff's draft pretrial order shall be given to defendant by July 11, 2008. The case is placed on the August trial calendar. FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|