

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shaun Brame | 07C6969 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Rodriguez | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Officer Rodriguez, Corrections Officer, Cook County Jail

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: CCJ, C/O Legal Dept. 2700 S. California Ave. 2nd. Flr., Div. 5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shaun Brame, #2007-0037972
Cook County Jail
P.O. Box 089002
Chicago, Il 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold — Fold

AT the time of the incident officer Rodriguez correction officer, cook county jail; was/and may still be a part of the Division 10 (Ten) ERT team. July 28th 2007 I have tried to obtain his full name, but internal affairs said I would need a lawyer to get that information.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Shaun Brame | ☒ PLAINTIFF ☐ DEFENDANT | | 02-05-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 24 | No. 24 | TD | 02-05-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

FILED

MAR X 3 2008 PH
Mar 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Address *(complete only if different than shown above)*: NOT SERVED

| Date of Service | Time |
|---|---|
| 2-22-08 | 10:00 am |

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 48.00 | 5.82 | -0- | 53.82 | -0- | 53.82 | -0- |

REMARKS: There are to many individuals with the last name of Rodriguez. More information is needed for example, a first and last name or badge number.

1-DUSM 1-Hour 12-miles

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

(DISTRICT)

## Waiver of Service of Summons

TO: **Shaun Brame**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Officer Rodriguez (DEFENDANT NAME) acknowledge receipt of your request that I waive service of summons in the action of shaun Brame vs. Officer Rodriguez (CAPTION OF ACTION) which is case number 07C6969 (DOCKET NUMBER) in the United States District Court for the Northern District of Illinois (DISTRICT).

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 20, 2008 (DATE REQUEST WAS SENT) or within 90 days after that date if the request was sent outside the United States.

DATE _______________ SIGNATURE _______________

Printed/Typed Name: _______________

As _______________ (TITLE) of _______________ (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6969 | DATE | 1/29/2008 |
| CASE TITLE | Shaun Brame (#2007-0037972) v. Officer Rodriguez | | |

**DOCKET ENTRY TEXT:**

Plaintiff Shaun Brame's motion for leave to file his complaint *in forma pauperis* [3], is granted. The Court waives payment of the initial partial filing fee, but authorizes and directs the Cook County Jail trust fund account officer to make deductions from plaintiff's jail trust fund account in accordance with this order until the entire $350 filing fee is paid. The clerk shall send a copy of this order to the trust fund account officer at Cook County Jail. Plaintiff may proceed with his claim against defendant Officer Rodriguez. The clerk shall issue summons for this defendant, and the United States Marshals Service is appointed to serve Officer Rodriguez. Plaintiff's motion for the appointment of counsel [4] is denied without prejudice. The clerk shall send to plaintiff Instructions for Submitting Documents, along with a copy of this order.

■ [For further details see text below.]

Suzanne B. Conlon

Docketing to mail notices.

## STATEMENT

Plaintiff, Shaun Brame (#2007-0037972), currently in custody at Cook County Jail, has filed this 42 U.S.C. § 1983 complaint against Cook County Jail Officer Rodriguez. Plaintiff alleges that, on July 28, 2007, in Division 10 of the jail, Officer Rodriguez acted unreasonably when using pepper spray against plaintiff.

The court finds that plaintiff is unable to pay the filing fee and grants his motion to file his complaint *in forma pauperis*. Finding that plaintiff has neither the means nor the assets to pay an initial partial filing fee, the court waives the initial payment. 28 U.S.C. § 1915(b)(4). However, the supervisor of inmate trust accounts at Cook County Jail is authorized to collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, 20th floor, and shall clearly identify plaintiff's name and the case number of this action. The Cook County Jail inmate trust account office shall notify state correctional authorities of any outstanding balance in the event plaintiff is transferred to another state correctional facility.

Preliminary review of plaintiff's complaint reveals that he may proceed with his claim against Cook County Correctional Officer Rodriguez. *See* 28 U.S.C. § 1915A; *Hill v. Shelander*, 992 F.2d 714, 717-18 (7th Cir. 1993).

(CONTINUED)

isk

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 2-7-08

**STATEMENT (continued)**

The United States Marshals Service is appointed to serve defendant Cook County Jail Correctional Officer Rodriguez. Any service forms necessary for plaintiff to complete will be sent by the Marshal as appropriate to serve defendant with process. The Marshal is directed to make all reasonable efforts to serve defendant. With respect to any former employees who can no longer be found at the work address provided by plaintiff, Cook County Jail officials shall furnish the Marshal with defendant's last known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

The court denies without prejudice plaintiff's motion for the appointment of counsel. Though civil litigants do not have a constitutional or statutory right to counsel, a district court may, in its discretion, "request an attorney to represent any person unable to afford counsel." *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), *citing* 28 U.S.C. § 1915(e)(1). However, plaintiff has not demonstrated that he "has made reasonable efforts to retain counsel and was unsuccessful or that [he] was effectively precluded from making such efforts." *Gil v. Reed*, 381 F.3d at 656. Nor does this case, at this stage of the proceeding, involve complex issues, complex discovery, or an evidentiary hearing. Also, plaintiff's complaint demonstrates his competence, at least at this point, to present his claim adequately. Accordingly, the motion for counsel is denied at this time. *Pruitt v. Mote*, 503 F.3d 647, 656-59 (7th Cir. 2007).

Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. In addition, plaintiff must send an exact copy of any filing to defendant or, if represented by counsel, to counsel for defendant. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to plaintiff.

Suzanne B. Conlon

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHAUN BRAME,
Plaintiff

V.

OFFICER RODRIGUEZ,
Defendant

CASE NUMBER: 07C6969

ASSIGNED JUDGE: Suzanne B. Conlon

DESIGNATED MAGISTRATE JUDGE: Cole

2008 FEB 20 [illegible]

TO: (Name and address of Defendant)

OFFICER RODRIGUEZ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shaun Brame
#2007-0037972
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Thelma Murry-Sykes

(By) DEPUTY CLERK

FEB 04 2008

DATE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Shaun Brame

(Enter above the full name of the plaintiff or plaintiffs in this action)

07C 6969

vs.

Case No: ______
(To be supplied by the Clerk of this Court)

Officer Rodriguez

JUDGE CONLON

MAGISTRATE JUDGE COLE

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

2008 FEB 2 ...

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

A. Name: Shaun Brame

B. List all aliases: None

C. Prisoner identification number: 2007 0037972

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: PO BOX 089002, Chgo, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Officer Rodriquez

Title: Corrections Officer

Place of Employment: Cook County Dept. of Corrections

B. Defendant: ____________

Title: ____________

Place of Employment: ____________

C. Defendant: ____________

Title: ____________

Place of Employment: ____________

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: DNA

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 28th after Returning from Recreation (GYM) I and the other Detainees notice our property missing, we asked to speak to Super-visor and was refuse. The acting Sgt. Cintron told us to lock down, I and a few other com-plied but a number of others did not. So the Sgt. (Cintron) called in the Emergency Response team (ERT)'s and they came in and started beating those that didnot lockdown, while they were beating the detainees I was standing in my door watching that when one of the officers told me to get out of the door and I asked him why I had to get out the door I hadn't done anything thats when Officer Rodriguez came and sprayed me in the face with pepper spray and said dont ask no questions

Part-A / Control #: X

Referred To: I A D

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: BrAME First Name: Shaun

ID #: 2007-0037972 Div.: 10 Living Unit: 1A Date: 12/19/07

BRIEF SUMMARY OF THE COMPLAINT: I would like the full names of two of the officers that was involved with the cell search of Div. 10-2D on 7-28-07 officers Rodriguez and Galvez, I filed a Grievance on the matter on 8-1-07 which was handed over to IAD case file 070033C

Thank you for your Cooperation

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
full names of ofc Galvez and Rodriguez

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Shaun Brame

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 12/26/07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 07X1771

Referred To: I.A.D

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

#4

Detainee Last Name: Brame, First Name: Shaun

ID #: 2007-0037972 Div.: 10 Living Unit: 2D Date: 08/18/2007

BRIEF SUMMARY OF THE COMPLAINT: On July 29th 2007, Div. 10 Tier 2D Went to the gym (indoor Recreation) while on Rec. a Routin Cell Search HAD BEEN CONDUCTED ON 2D BY The Emergency Response Team (E.R.T) upon our Return, I and Numerous amounts of other Detainees cells HAD BEEN DESTROYED. OUR Properties (legal Papers, Cosmetics, Commissary and other articles were missing and or mixed with other Detainees belongings) We made our Complaints Known to the Deck officers right away. The officers insisted that we lock up Right away. We (Detainees) Refused, We (Detainees) insisted that we speak wi a Supervisor A Sgt. came to the tier and ordered us (Detainees) to lock up at once, and that we should file Grievence if we had Complaints with the way things were ran. We (Detainees) Refused and continued to explain to the Sgt. about the situation at Hand. Again, the Sgt. said "lock up" and the ones who are missing things stay out. I was advised by a fellow Detainee That I should lock up Because He knew what was about to Happen So I and a number of other Detainees locked Down in our cells. Maybe (10) ten minute had passed and here comes the E.R.T's in full riot gear, as they entered the door they begun hollering and screaming "get down on the floor and spraying pepper spray in the face of the detainees, some of the detainees hit the floor right away, some backed up to the back of the tier as the officers progressed they begun swinging their batons and hitting the Detainees As this was going on, one of the officers stopped and told me to get out the door chuck hole, as I begun to explain that I had done nothing" at that moment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: another officer sprayed me in the face with Pepper spray. I right away washed my face with water, which did nothing for the burning or the astma Attack

ACTION THAT YOU ARE REQUESTING: I had. I had to give myself several application from my inhaler. I seek monetary Damages for my injuries and misjustice and That the officer be Reprimended to the Point the this will never happen Again.

**DETAINEE SIGNATURE:** Shaun Brame

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: [illegible]

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** [illegible] **First Name:** [illegible]

**ID#:** [illegible] - [illegible] **Div:** 10 **Tier/LivingUnit:** [illegible]

**Date of Request:** [illegible] / [illegible] / [illegible] **Date C.R.W. Received Request:** [illegible] / [illegible] / 07

**This request has been processed by:** [illegible] **C.R.W.**

***Summary of Request:***

Detainee [illegible]

[illegible] 070030 [illegible]

***Response and/or Action Taken:***

IMD [illegible]

[illegible]

Dr [illegible] (Print- name of individual responding) - [illegible] (Signature of individual responding) **Date:** 11 / 1 / 07 **Div./Dept.** IMD.

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

5

Revised 5/2007

V. **Relief:** Money Damages

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Want money

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of Nov, 2007

[signature]
(Signature of plaintiff or plaintiffs)

Shaun Brame
(Print name)

20070037972
(I.D. Number)

PO BOX 089002, Chicago
Illinois 60608
(Address)