Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6969 | **DATE** | 3/27/08 |
| **CASE TITLE** | Shaun Brame (#2007-0037972) v. Officer Rodriguez | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue an alias summons for Officer Rodriguez, and the United States Marshal is again directed to serve this defendant with plaintiff's complaint. The Marshal is directed to make all reasonable efforts to serve Officer Rodriguez, who plaintiff indicates was a member of the Emergency Response Team for Division 10 of the Cook County Jail on July 28, 2007. Cook County Jail officials shall assist in locating Officer Rodriguez if he cannot be located with the information provided by plaintiff. If Officer Rodriguez is no longer employed at Cook County Jail, officials there shall provide the Marshal with the defendant's last known address, which will be used for service purposes only, will not be made public or kept in the court's file, and will not released by the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

*Suzanne B. Conlon*

Docketing to mail notices.



isk