Shaun Brame
20070037972
P.O. Box 089002
Chicago, Il. 60608

Febuary 28 2008

Shaun Brame

V.s

Officer Rodriguez

FILED
APR - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

case No. 07c6969

In Re: "Appointment of counsel.

After numerous attempts to obtain an attorney, Pro Bono, I again find myself at square one. I am now humbly asking that this honorable court appoint me legal representation in this matter.

I can assure you, that after eight attempts and still no luck I am at my wits end. i have no further recourse but to once again humbly ask this court for help.

I have attached the names of the law firms in which I have contacted also the one resppnse I have received.
Furthermore; I have received from the U.S. Department of Justice United States Marshal service a process receipt stating that there there are to many officers with the name of Rodriguez, putting me in the place of needing an attorney and/or an invester-gator.

Respectfully

Shaun Brame

```
                                                    Shaun brame
                                                    20070037972
                                                    Division 10 1-A
                                                    P.O. Box 089002
                                                    Chicago, Il. 60608
```

Febuary 27, 2008

ATTORNEY  Seyfarth Shaw
131 south Dearborn
Suite 2400
Chicago, Il. 60603


    I am writing your department in hopes that you would consider taking my case, or at least give me some advice.

    I have no money and from what i've heard the the presiding judge will not assign me an attorney unless I can prove that I have attempted to obtain an attorney on my own. So, even if you can not take the case it would be of great help if you would respond thereby giving me means to ask the judge to assist me with an attorney.

    I have in short enclosed some details of my case.

On July 28, 2007 after returning from recreation I and a number of other detainees notice that our personnal belongings had been thrown about the cell block we complained and asked to speak to a supervisor the supervisor told us to file a grievance he also told us to go to our cell and lock down, some of us locked down (me being one of them) and others remained in the dayroom. so the Emergency Response Team was call for those in the dayroom and there was brawl between the detainees and the officers. During the brawl I was in the chuckhole of my cell door watching the brawl and one of the officers told me to get out of the chuckhole and I asked him why while I was yet speaking to the one officer another came and sprayed me in the face with Pepperspray which I later found out was one officer Rodriguez, I could not obtain his first name.

Thank you
Shaun Brame
*[signature]*



131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5523

Writer's e-mail
arich@seyfarth.com

March 4, 2008

Shaun Brame
20070037972
Division 10 1-A
P.O. Box 089002
Chicago, IL 60608

Re:   Legal Representation

Dear Mr. Brame:

    We received your inquiry about representing you on a pro bono basis. Unfortunately, we will not be able to represent you in this matter. Enclosed is your original letter to us.

                      Very truly yours,

                      SEYFARTH SHAW LLP

                      Allegra R. Rich
                      Pro Bono Partner

ARR:kw
Enclosure
cc:    Ray Kelly (w/enclosure)

CH3 1106531.1

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shaun Brame | 07C6969 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer Rodriguez | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Rodriguez, Corrections Officer, Cook County Jail

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CCJ, C/O Legal Dept. 2700 S. California Ave. 2nd. Flr., Div. 5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shaun Brame, #2007-0037972
Cook County Jail
P.O. Box 089002
Chicago, Il 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

AT the time of the incident officer Rodriguez correction officer, cook county Jail; was/and may still be a part of the Division 10 (Ten) ERT team, July 27th 2007 I have tried to obtain his full name, but internal affairs said I would need a lawyer to get that information.

Signature of Attorney or other Originator requesting service on behalf of: **☒ PLAINTIFF** ☐ DEFENDANT

Shaun Brame

TELEPHONE NUMBER: *

DATE: 02-05-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  TD | Date 02-05-08 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): NOT SERVED

Date of Service: 2-20-08  Time: 10:00 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: There are to many individuals with the last name of Rodriguez. More information is needed for example, a first and last name or badge number.

1-USM 1-Hour 12-miles

**NOTE**

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|