# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6969 | **DATE** | 5/1/08 |
| **CASE TITLE** | Shaun Brame (2007-0037972) v. Officer Rodriguez | | |

**DOCKET ENTRY TEXT:**

Plaintiff Shaun Brame's letter to the Court [11] is construed as a motion for the appointment of counsel and is denied without prejudice. Plaintiff's current application to proceed *in forma pauperis* [12] is denied as moot. Plaintiff was granted *in forma pauperis* status in this Court's order of 1/29/08.

*/s/ Suzanne B. Conlon*

■ [For further details see text below.]                                      Docketing to mail notices.

### STATEMENT

Plaintiff has refiled a motion for the appointment of counsel. The case at the present time does not involve complex discovery or an evidentiary hearing, and plaintiff's current pleadings indicate that he may proceed with his case at this stage of the proceedings. Accordingly, his motion for the appointment of counsel is denied without prejudice. *Pruitt v. Mote*, 503 F.3d 647, 656-59 (7th Cir. 2007). Plaintiff is advised that letters to judges of this court are not allowed and that all requests should be filed in the form of a motion.

isk