Shaun Brame #20070037972
Cook County Jail
P.O. Box 089002
Chicago, Il. 60608

**FILED**

JUN - 5 2008

Case #07c6969

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Suzanne B. Conlon:

I am in receipt of your two (2) recent letters from this court, dated 1/19/08 respectively. As indicated in my initial court filing, I am an inmate currently confined here in the cook county jail, also i am a layman at law an am therefore unable (without assistance) to mount an effective defense even though my cause and issue have marit.

furthermore, because i am mindful of the courts mandate that I prepare and present a pretrial draft to be given to the defendant by july 11, 2008; it is for this reason that I am again respectfully ask this court to reconsider it's decision of 2/19/08 and 5/01/08, not to grant me an attorney to assist me so that I may be in compliance with the procedings and subsequent court order.

furthermore, it should be noted that I have tried -- in vain -- to retain counsel for Pro bono representation of my case. This court is fully aware of my indigency status and inability to defray any cost associated with retention of counsel. In fact, and in support thereof, I amenclosing a copy of some of the lawyers and law firms who were solicited but declind to provide me with Pro bono reprsentation.

Finally, I respectfully urge this court to reconsider and then grant my request for appointment of counsel. Thank you for your time and consideration regarding this very important matter.

Respectfully submitted,

Dated:
5-30-08

NAMES OF ATTORNEY IVE WRITTEN

I have attached copies of letters I have received from the attorneys which have responded and also the names of those that have not responded.

have responed

Wildman, Harold, Allan & Dixon LLP
225 W. Wacker Drive
Chgo, Il. 60606-1229

John Howard association of Illinois
300 w. adams street
suite 423
Chgo, Il. 60606

Seyfarth Shaw
131 s. Dearborn
Chgo, Il. 60603

Have Not Responded

sanchoff & weaver
30 s. wacker Drive
suite 2900
Chgo, Il. 60606

Baker & Mckinzie
One Prudential Plaza
130 E. randolph street
Chgo, Il. 60601

Sonnenchien, Nath & Rosenthal
233 s. Wacker Drive
Chgo, Il. 60606

Lord Bissell & Brook
115 S. Lasalle street
Chgo, Il. 60603

Kirkland & Ellis
200 E. Monroe street
Chgo, Il. 60601

Altheimer & Gray
10 S. Wacker Drive
suite 4000
Chgo, Il. 60606

Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com



Wildman Harrold
*Attorneys and Counselors*

**David R. Askew, Esq.**
**Director of Pro Bono and**
**Community Service**
**312-201-2554 Direct**
**312-416-4832 Fax**
askew@wildman.com

April 24, 2008

Mr. Shaun Brame
20070037972
Division 10 1A
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Brame:

Thank you for your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one – regardless of merit.

Because we are not representing you on any matter, we cannot practically monitor any changes in the law or your circumstances. We therefore disclaim any duty to do so.

If you wish to pursue your claim with another lawyer, you will need to act promptly. There may be several important deadlines involved in your claim. If you fail to file suit or take other appropriate action in a timely manner, you may lose permanently some, if not all, of your rights.

If you submitted any papers to us, we are returning them to you and any other information that you delivered to us for review in evaluating this matter.

We wish you the best of luck in your pursuit of legal representation.

Kindest regards,

David R. Askew

DRA:kf

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5523

Writer's e-mail
arich@seyfarth.com

March 4, 2008

Shaun Brame
20070037972
Division 10 1-A
P.O. Box 089002
Chicago, IL 60608

Re: Legal Representation

Dear Mr. Brame:

We received your inquiry about representing you on a pro bono basis. Unfortunately, we will not be able to represent you in this matter. Enclosed is your original letter to us.

Very truly yours,

SEYFARTH SHAW LLP

*Allegra R. Rich*

Allegra R. Rich
Pro Bono Partner

ARR:kw
Enclosure
cc: Ray Kelly (w/enclosure)

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

CH3 1106531.1



# John Howard Association of Illinois

300 West Adams Street, Suite 423  Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

April 25, 2008

Mr. Shaun H. Brame
2007-0037972
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Brame,

The John Howard Association of Illinois tries to assist inmates who need information or assistance with problems having to do with conditions of incarceration, grievances, medical care and the like. We do not provide legal representation to individual inmates. When possible we try to connect inmates with lawyers who might be able to help them in some way.

Unfortunately and as you probably well know there are few attorneys or law firms that are able to assist inmates with civil cases or claims against government agents. Those who do are seriously overloaded with work.

We suggest that you contact the attorney who represented you in your criminal case to see if he or she can refer you to someone who might be able to evaluate your case. I am fully aware you may have done so already. I just don't have another suggestion of a place to go with your case at this time.

I am sorry not to be able to provide you with more and real assistance.

We wish you the very best.

Sincerely,

*Charles A. Fasano*

Charles A. Fasano, Director
Prisons and Jails Program