**FILED**

Shaun Brame #20070037972
Cook County Jail
P.O. Box 089002
Chgo, Il. 60608

JUN - 5 2008   Case #07c6969

07C6969   MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Suzanne B. Conlon:

    Another reason I Have asked you to grant me an attorney is that for the second time I have received from the Department of Justice -- Marshal Services - A Process Receipt and Return, stating " There are to many Officers with the name Rodriguez working for the Cook County Jail." Even though I have brought it to their attention that there can not be many Rodriguez's working on the (Emergency Response Team on July 28' 2007).

Respectfully Submitted

Date 5-30-08

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>Shaun Brame | COURT CASE NUMBER<br>07C6969 |
| DEFENDANT<br>Officer Rodriguez | TYPE OF PROCESS<br>Alias S/CS/ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer Rodriguez

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shaun Brame, #2007-0037972
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 04-02-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 28 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  Td | Date 04-02-08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
NOT (?)

Date of Service 5/08/08  Time 11:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
| 0 | 0 | 0 | 0 | 0 | 10.00 | 0 |

REMARKS: To many Rodriguez working at Cook County

1- DUSM 16 miles
2- Hours

**NOTE**

U.S. Department of Justice  2 copies  **PROCESS RECEIPT AND RETURN**
United States Marshals Service            See Instructions for "Service of Process by the U.S. Marshal"
                                           on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shaun Brame | 07C6969 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Rodriguez | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Rodriguez, Corrections Officer, Cook County Jail

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CCJ, C/O Legal Dept. 2700 S. California Ave. 2nd. Flr., Div. 5, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shaun Brame, #2007-0037972
Cook County Jail
P.O. Box 089002
Chicago, Il 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

AT the time of the incident officer Rodriguez correction officer, Cook county jail; was/and may still be a part of the Division 10 (Ten) ERT team, July 28th 2007. I have tried to obtain his full name, but internal affairs said I would need a lawyer to get that information.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Shaun Brame
TELEPHONE NUMBER: —
DATE: 02-05-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk: TD
Date: 02-05-08

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
NOT SERVED

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2-22-08
Time: 10:00 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: There are too many individuals with the last name of Rodriguez. More information is needed for example, a first and last name or badge number.

1-USM1   1-Hour   12-miles

**NOTE**

PRIOR EDITIONS MAY BE USED         **3. NOTICE OF SERVICE**         FORM USM-285 (Rev. 12/15/80)