# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6969 | **DATE** | 6/18/08 |
| **CASE TITLE** | Shaun Brame (2007-0037972) v. Officer Rodriguez | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue an alias summons for Cook County Jail Officer Rodriguez. The United States Marshal is again directed to serve this defendant with plaintiff's complaint. The clerk shall send a copy of this order to the Cook County Department of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. Plaintiff's request for the appointment of counsel [15] is denied without prejudice.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

The Clerk shall issue an alias summons for Cook County Jail Officer Rodriguez. The United States Marshal is directed to again attempt service on Officer Rodriguez. Plaintiff indicates that Officer Rodriguez was assigned to the Emergency Response Team for Division 10 of the Cook County Jail on July 28, 2007. Cook County Jail officials shall assist in locating Officer Rodriguez. If Officer Rodriguez no longer works at Cook County Jail, jail officials shall furnish the Marshal with this defendant's last-known address. The information shall be used only for purposes of effectuating service (or for proof of service, should a dispute arise); shall be retained only by the Marshal; and shall neither be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service for this defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service. The clerk shall forward a copy of this order to the administrative office of the Cook County Jail.

Plaintiff's request for the appointment of counsel is denied without prejudice for the reasons stated in the Court's May 1, 2008 order.

isk