## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6969 | **DATE** | 7/22/2008 |
| **CASE TITLE** | SHAUN BRAME vs. OFFICER RODRIGUEZ | | |

**DOCKET ENTRY TEXT**

The record reflects that despite efforts to do so, the U.S. Marshal has been unable to locate and serve summons on defendant Rodriguez. The case is dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m). Submission of the joint final pretrial order on July 22, 2008 is vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-06969   Document 19   Filed 07/22/2008   Page 1 of 1

07C6969 SHAUN BRAME vs. OFFICER RODRIGUEZ                                                                Page 1 of 1