# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| SHAUN BRAME | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 6969 |
| OFFICER RODRIGUEZ | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 7/22/2008

/s/ Willia Harmon, Deputy Clerk